IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal, dkt. 107. JPH, 4/18/2022 Distribution via ECF.

| | |
|---|---|
| THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, et al., | : |
| Plaintiffs, | : Case No. 1:20-cv-00981-JPH-DLP |
| vs. | : |
| FLAHERTY & COLLINS CONSTRUCTION, INC., et al., | : Judge James Patrick Hanlon |
| Defendants. | : Magistrate Judge Doris L. Pryor |
| FLAHERTY & COLLINS CONSTRUCTION, INC., et al. | : |
| Third-Party Plaintiffs, | : |
| vs. | : |
| RING CONSTRUCTION, INC., et al. | : |
| Third-Party Defendants. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs The Western and Southern Life Insurance Company ("WSLIC") and Canal Senate Apartments, LLC ("CSA" and, together with WSLIC, "Plaintiffs"), defendants/third-party plaintiffs Flaherty & Collins Construction Inc. ("Flaherty"), and Central Canal FC, LLC ("Central" and, together with Flaherty, "Defendants"), and third-party defendants Ring Construction Inc. ("Ring") and United Fire and Casualty Company ("United Fire" and, together with Ring, "Third-Party Defendants"), having resolved